```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**DANIEL LEE JORDAN,**

        Petitioner,

v.                                  Case No. 2:13-cv-06864

**DAVID BALLARD, Warden,**

        Respondent.

<u>MEMORANDUM OPINION AND ORDER</u>

The court having received the Proposed Findings and Recommendation ("PF&R") of the United States Magistrate Judge filed on November 24, 2014, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the respondent or the petitioner to the PF&R; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the PF&R be, and they hereby are, adopted by the court.

It is, accordingly, ORDERED that petitioner's section 2254 petition be, and it hereby is, denied.

The Clerk is directed to forward copies of this written opinion and order to the petitioner, all counsel of record, and the magistrate judge.

                                  DATED: December 18, 2014

                                  John T. Copenhaver, Jr.
                                  United States District Judge